**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JOHN A. BENEDETTO,**<br><br>                        **Plaintiff,**<br><br>        **-against-**<br><br>**PARK STONE VENTURE LTD., a New York limited corporation, D/B/A TAVERN 29, and MODDC VENTURE LLC, a New York limited liability company,**<br><br>                        **Defendants.** | **1:23-cv-08954 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty (30) days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:     April 24, 2026
             New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**